SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:23-CV-62426-WPD

SHAREL PIZARRO,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC, and TRANS UNION
LLC,

      Defendants.

## ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC; CLOSING CASE

THIS CAUSE is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice, filed August 5, 2024. [DE 29]. The Court has carefully considered the Joint Stipulation, notes the signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 29] is **APPROVED;**

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Trans Union LLC;

3. All Defendants and claims having been dismissed, the Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of August, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:
Counsel of record